IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HORACE BROWN, JR.,**

    Plaintiff,

vs.                                   Case No. 4:05cv497-RH/WCS

**DEPARTMENT OF CORRECTIONS,**

    Defendants.

_____/

## ORDER VACATING REPORT AND RECOMMENDATION

This court entered a Report and Recommendation on February 3, 2006, recommending dismissal of this case for Plaintiff's failure to timely file an amended complaint.  Doc. 5.  Plaintiff has now filed the amended complaint, doc. 6, and therefore the report and recommendation previously entered will be vacated.

Accordingly, it is **ORDERED** that the report and recommendation entered February 3, 2006, doc. 5, is **VACATED**, and the clerk shall refer this file to the undersigned for review of Plaintiff's amended complaint.

**DONE AND ORDERED** on February 6, 2006.

                                              S/ William C. Sherrill, Jr.
                                              **WILLIAM C. SHERRILL, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**