IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HORACE BROWN, JR.,

    Plaintiff,

v.                                    CASE NO. 4:05cv497-RH/WCS

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## ORDER DISMISSING COMPLAINT, GRANTING LEAVE TO AMEND, AND REMANDING TO MAGISTRATE JUDGE

By his first amended complaint, plaintiff Horace Brown, Jr., a former state employee, seeks both retrospective and prospective relief under Title I of the Americans with Disabilities Act. Mr. Brown has named as the sole defendant his former employer, the Florida Department of Corrections. The Department is a state agency and is, for Eleventh Amendment purposes, the equivalent of the state itself.

The matter is before the court on the magistrate judge's report and recommendation (document 23), to which no objections have been filed. The

report and recommendation correctly concludes that any claim by a state employee against his or her employing state agency seeking *retrospective* relief under Title I of the ADA is barred by the Eleventh Amendment.  *See Board of Trustees of the Univ. of Alabama v. Garrett*, 531 U.S. 356, 121 S. Ct. 955, 148 L. Ed. 2d 866 (2001).  An employee may seek *prospective* relief under the ADA against an appropriate *state official*, but not against the state (or state agency) itself.  *See Seminole Tribe v. Florida*, 517 U.S. 44, 116 S. Ct. 1114, 134 L. Ed. 2d 252 (1996) (holding that states sued in their own names have Eleventh Amendment immunity, regardless of relief sought, unless immunity has been waived or validly abrogated by Congress).

In the case at bar, this means that Mr. Brown cannot obtain retrospective relief in this court, and that the claim for prospective relief as currently framed—that is, against the state agency itself—also is barred.  Plaintiff will, however, be granted leave to file an amended complaint against an appropriate state official seeking prospective relief.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  Defendant's motion to dismiss (document 14) is GRANTED.  Plaintiff is granted leave to file a second

amended complaint against an appropriate state official seeking prospective relief. This matter is remanded to the magistrate judge for further proceedings consistent with this order, which may include setting a deadline and other procedures for the filing of a second amended complaint.

  SO ORDERED this 26th day of March, 2006.

            s/Robert L. Hinkle
            Chief United States District Judge