IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HORACE BROWN, JR.,

    Plaintiff,

v.                                                                        CASE NO.  4:05cv497-RH/WCS

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 76).  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The defendant's motion for summary judgment (document 64) is GRANTED.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must close the file.

    SO ORDERED on February 27, 2009.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge